WR-83,585-01
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 7/15/2015 4:20:00 PM
Accepted 7/16/2015 8:26:19 AM
ABEL ACOSTA
CLERK

No. ____-____-___

IN THE
COURT OF CRIMINAL APPEALS OF TEXAS

IN RE JANA DUTY,
RELATOR

IN HER OFFICIAL CAPACITY AS DISTRICT ATTORNEY
FOR THE STATE OF TEXAS, WILLIAMSON COUNTY

**RELATOR'S MOTION FOR LEAVE TO FILE
PETITION FOR WRIT OF MANDAMUS**

TRIAL COURT CAUSE NUMBER 13-0826-K277
IN THE 368TH DISTRICT COURT
OF WILLIAMSON COUNTY, TEXAS
HON. RICK J. KENNON

**J. Woodfin Jones**
State Bar No. 10911700
ALEXANDER DUBOSE
JEFFERSON & TOWNSEND LLP
515 Congress Avenue, Suite 2350
Austin, Texas 78701
Telephone: (512) 482-9300
Facsimile: (512) 482-9303
wjones@adjtlaw.com

Brent Webster
State Bar No. 24053545
Assistant District Attorney
405 MLK Street, #1
Georgetown, Texas 78626
Telephone: (512) 943-1234
Facsimile: (512) 943-1255
bwebster@wilco.org

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

On behalf of the State of Texas, and based upon the arguments contained in the attached petition, Relator Jana Duty, District Attorney for Williamson County, Texas, requests permission to file the attached Petition for Writ of Mandamus. The allegations in the petition complain of action taken by the 368th Judicial District Court of Williamson County, Texas, hereinafter "Respondent Court." In support of this motion, Relator would show the Court the following:

I.

Jana Duty, hereinafter "Relator," is a Texas citizen and elected official whose rights and interests will be directly affected by the issuance of the writ.

II.

Presently in this matter, the Respondent Court has denied the State's request to rescind an unconstitutional and void gag order signed on April 9, 2015. Respondent Court signed and entered a gag order, which consisted solely of a one-sentence blanket prohibition that constitutes a broad prior restraint on the speech of the Relator and multiple others: "The parties, attorneys, and employees of the attorneys in this case are prohibited from communicating with the press/media regarding this case or publicly commenting on this case during the pendency of the proceedings." Respondent Court is without discretion to violate Relator's free speech rights and enter a gag order without first hearing evidence and making

1

specific findings based on that evidence, pursuant to the Texas Supreme Court holding in *Davenport* and this Court's holdings in *Ex parte Foster* and *Ex parte McCormick*. This gag order, drafted by Defense Counsel, lacks any of the specific findings required by law, is not narrowly tailored, and does not use the least restrictive means to achieve the goals of the order; nor was evidence heard before the gag order was entered. These errors render the gag order unconstitutional and void. This Court should allow the accompanying Petition for Writ of Mandamus to be filed and grant the requested relief because the Respondent Court lacks authority and/or is without discretion to bypass the process of hearing evidence and making specific findings supported by that evidence, consistent with *Davenport*, before entering a gag order.

## III.

The Court should hear this case, because it involves an attempt by Respondent Court to unconstitutionally silence another elected official, the elected District Attorney of Williamson County. The obvious harm is exacerbated by the fact that the Respondent Court's actions are now within nine months of the primary election for Relator's re-election. This is a major case personally involving the elected District Attorney and the administration of justice in Williamson County; it is not a low-level dispute between an assistant district attorney and an associate

judge. This dispute is at the intersection of the first amendment, the sixth amendment, and democratic elections.

Moreover, this case deserves this Court's attention because the Respondent Court is exercising unconstitutional prior restraint over the parties, attorneys, and attorney's staff in the underlying case and, indirectly, over the press itself. Not only does the gag order hamper the press's ability to get accurate coverage of the case, but the Respondent Court recently attempted to silence the press in this same case by instructing a reporter to remove an article relating to this case that the Respondent Court thought to be incorrect. As the accompanying mandamus petition demonstrates in the section titled, "The Court Should Grant Relief Through a Writ of Mandamus," the Public and the democratic process are harmed by the gag order and the actions of the Respondent Court.

III.

Since the Respondent Court is refusing to set aside the order signed on April 9, 2015, after being notified that courts are without discretion to enter a gag order without first hearing evidence and making findings based on that evidence, pursuant to the ruling in *Davenport*, Relator requests this Honorable Court to grant Relator leave to file this Petition for Writ of Mandamus.

WHEREFORE, PREMISES CONSIDERED, the State prays the Court grant the Relator leave to file its Petition for Writ of Mandamus.

*/s/ J. Woodfin Jones*_____
J. Woodfin Jones
State Bar No. 10911700
ALEXANDER DUBOSE
JEFFERSON & TOWNSEND LLP
515 Congress Avenue, Suite 2350
Austin, Texas 78701
Telephone: (512) 482-9300
Facsimile: (512) 482-9303
wjones@adjtlaw.com


*/s/ Brent Webster*_____
Brent Webster
State Bar No. 24053545
Assistant District Attorney
Williamson County, Texas
405 MLK Street, #1
Georgetown, Texas 78626
Telephone: (512) 943-1234
Facsimile: (512) 943-1255
bwebster@wilco.org


*/s/ Eric Gutierrez*_____
Eric Gutierrez
State Bar No. 24089267
Special Prosecutor
Williamson County, Texas
405 MLK Street, #1
Georgetown, Texas 78626

4

## CERTIFICATE OF SERVICE

A true copy of the above Motion for Leave to File Petition for Writ of Mandamus has been served on the Respondent, Hon. Rick J. Kennon, 368th District Court, 405 M.L.K. Street, Georgetown, Texas 78626 at rkennon@wilco.org, and the Real Party in Interest's attorneys of record, Kristen Jernigan, 207 S. Austin Ave., Georgetown, Texas 78626 at kristen@txcrimapp.com, Ryan Deck, 107 N. Lampasas, Round Rock, Texas 78664 at ryandecklaw@gmail.com, and R. Scott Magee, 107 N. Lampasas, Round Rock, Texas 78664 at scott@mageefirm.net on this the 15th of July, 2015.

*/s/ Brent Webster*_____
Brent Webster
State Bar No. 24053545
Assistant District Attorney
Williamson County, Texas
405 MLK Street, #1
Georgetown, Texas 78626
Telephone: (512) 943-1234
Facsimile: (512) 943-1255
bwebster@wilco.org

5